**Order filed, March 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00998-CV

_____

### SON TRAN, Appellant

### V.

### VULLY V TREJOS, Appellee

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-06881**

---

## ORDER

The reporter's record in this case was due January 30, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter of the 281st District Court, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM